**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELIZABETH T., | ) | NO. SA CV 23-1040-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MARTIN J. O'MALLEY,<br>Commissioner of Social Security,[1] | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant.

DATED: May 26, 2024

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[1] Martin J. O'Malley, Commissioner of Social Security, is hereby substituted as Defendant in this matter. See Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 405(g).